[No. 30868-1-II.  Division Two.  March 1, 2005.]

ESTATE OF REGINA A. BATES, *Respondent*, v. JAMES GARRAWAY ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Pierce County, No. 03-2-04705-3, John A. McCarthy, J., entered September 12 and 19, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 31063-5-II.  Division Two.  March 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY DEVON RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00318-2, Edwin L. Poyfair, J., entered November 4, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 31207-7-II.  Division Two.  March 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEVEN SALDECKE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01412-9, Richard D. Hicks, J., entered December 9, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 21661-6-III.  Division Three.  March 1, 2005.]

*In the Matter of the Personal Restraint of* CHARLES MATTHEW COACHMAN, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.